UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.

Case 1:04-cv-10488-JLT   Document 1   Filed 03/10/2004   Page 1 of 1