"FILED IN OPEN COURT"
3-11-04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ca No. 04 CV10488 JLT

|  |  |
|---|---|
| MARY ELLEN COSTA et al. | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) ) |
| SERVICE EMPLOYEES INTERNATIONAL UNION | ) ) ) ) |

### NOTICE OF APPEARANCE

In accordance with Local Rules 5.1(a)(1) and 83.5.2(c), Ira Sills and Indira Talwani of Segal, Roitman & Coleman, 11 Beacon Street, Suite 500, Boston, Massachusetts, 02108, (617) 742-0208, give notice of their appearance on behalf of proposed intervenor Service Employees International Union, Local 9, AFL-CIO ("Local 9") in the above-captioned matter.

Dated: March /1, 2004

Ira Sills, Esq. BBO # 462220
Indira Talwani, Esq. BBO #645577
**SEGAL, ROITMAN & COLEMAN**
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: 617-742-0208
Facsimile: 617-742-2187

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance has been served upon Plaintiffs by service on their counsel, James F. Norton, Paven & Norton, 15 Foster Street, Quincy, MA 02169-5307, by first class mail, postage prepaid, this 11th day of March, 2004.

Indira Talwani