UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

Mary Ellen Costa and Roberta Sullivan, Individually )
and on behalf of the members of Local 9 of the )
Service Employees International Union, )
)
    *Plaintiffs* )
)
v. )
)
The Service Employees International Union, )
)
    *Defendant* )
)

## MOTION TO FILE A STATEMENT OF REASONS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION IN EXCESS OF TWENTY PAGES

The Plaintiffs, by their counsel, respectfully move this Honorable Court to permit the Plaintiffs' counsel to file a Statement of Reasons In Support of the Plaintiffs' Motions for a Temporary Restraining Order and a Preliminary Injunction in excess of twenty pages in length, and state as the reason therefor that the Plaintiffs' Verified Complaint alleges five counts of action and is supported by twenty-six Exhibits, both describing an involved statement of facts and Plaintiffs' counsel believes that a Statement of less than the twenty-five pages submitted herewith would not accurately or adequately inform the Court or the Defendants of the nature and basis for the Plaintiffs' Complaints. Plaintiffs' counsel represents that the Statement has been reviewed with an eye toward reducing its length, and that Plaintiffs' Counsel is unable to make any further reductions or consolidations within a reasonable period of time.

*Allowed*
*Tauro J.*
*3/11/04*

WHEREFOR, the Plaintiffs, by their counsel, respectfully request that this Honorable Court accept the Plaintiffs' Statement of Reasons In Support of the Plaintiffs' Motions for a Temporary Restraining Order and a Preliminary Injunction of twenty-five pages in length.

Respectfully submitted,
Plaintiffs,
by their counsel,

3/9/2004
Date

_____
James F. Norton    (BBO # 374190)
Paven & Norton
15 Foster Street
Quincy, MA 02169-5307
(617) 770-0000 Ext. 124
Fax: (617) 770-4091