UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

Mary Ellen Costa and Roberta Sullivan, Individually )
and on behalf of the members of Local 9 of the )
Service Employees International Union, )
      *Plaintiffs* )
      v. )

04cv10488 JLT

The Service Employees International Union, )
      *Defendant* )

## PLAINTIFFS' MOTION FOR EXPEDITED HEARING
## ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

The Plaintiffs respectfully request that the Court convene an expedited hearing in the above referenced matter. In support of this motion the Plaintiffs state:

1. The Plaintiffs have filed a Complaint for a Temporary Restraining Order, Preliminary Injunction and a Permanent Injunction, together with a Motion for a Temporary Restraining Order, A Motion for a Preliminary Injunction, a memorandum in support thereof, and related pleadings.

2. As indicated in the Plaintiffs' Verified Complaint, Motion for Temporary Restraining Order, and memorandum in support, immediate and irreparable harm will result and continue to result to the Plaintiffs if the Defendants are permitted to proceed with the trial against the Plaintiffs on Monday March 15, 2004, and before this matter can be heard on the Motion for a Preliminary Injunction.

*Allowed*
*Tauro AJ*
*3/11/04*

WHEREFOR, the Plaintiffs respectfully request that this Honorable Court order and convene an expedited Hearing on the Plaintiffs' Motion For a Temporary restraining Order.

                                                Respectfully submitted,
                                                Plaintiffs,
                                                by their counsel,

3/9/04
Date

                                              James F. Norton    (BBO # 374190)
                                              Paven & Norton
                                              15 Foster Street
                                              Quincy, MA 02169-5307
                                              (617) 770-0000 Ext. 124
                                              Fax: (617) 770-4091