UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ca No. 04 CV10488 JLT

MARY ELLEN COSTA et al.   )
                          )
    Plaintiffs            )
                          )
    v.                    )
                          )
SERVICE EMPLOYEES         )
INTERNATIONAL UNION       )
                          )

## OPPOSITION OF SEIU TO PLAINTIFFS' FIRST AND SECOND MOTIONS FOR TEMPORARY RESTRAINING ORDER

The defendant, Service Employees International Union ("SEIU") submits this Opposition to the Plaintiffs' Motion for a Temporary Restraining Order.

For the reasons set forth in SEIU's Memorandum of Law together with the Affidavit of Carolyn Mcullough, the Court should deny the present motion.

WHERERFORE, SEIU respectfully requests that the Court deny the Plaintiffs' First and Second Motions for a Temporary Restraining Order.

SEIU

By its attorneys,

_____
David B. Rome, Esq.
BBO #426400
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Dated: March 11, 2004