UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ca No. 04 CV10488 JLT

FILED
IN CLERK'S OFFICE

2004 MAR 16  A 11: 37

U.S. DISTRICT COURT
DISTRICT OF MASS.

MARY ELLEN COSTA et al.   )
                          )
  Plaintiffs              )
                          )
  v.                      )
                          )
SERVICE EMPLOYEES         )
INTERNATIONAL UNION       )
                          )
                          )

## NOTICE OF APPEARANCE

In accordance with Local Rules 5.a(a)(1) and 83.5.2(a), David B. Rome and Nicole Horberg Decter, Pyle Rome, Lichten & Ehrenberg, P.C., 18 Tremont Street, Suite 500, Boston, MA 02108, (617) 367-7200, give notice of their appearance on behalf of the Service Employees International Union in the above-captioned matter.

SERVICE EMPLOYEES INTERNATIONAL UNION

By its attorneys,

David B. Rome, Esq., BBO #426400
Nicole Horberg Decter, BBO #658268
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Dated: March 15, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 3/15/04

David Rome