```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


MARY ELLEN COSTA
ROBERTA SULLIVAN
     Plaintiffs,                )
                                )
                                )
                                )
       V.                       )   C.A.04-10488-JLT
                                )
SERVICE EMPLOYEES INTERNATIONAL
UNION,
       Defendant.
```

## DISMISSAL

TAURO,D.J.

PLEASE TAKE NOTICE that, pursuant to Rule 41.1 of the Local Rules of this Court regarding dismissal for want of prosecution of cases inactive for a period of one (1) year, the above entitled action is hereby dismissed without prejudice.

By the Court,

/s/

Zita Lovett,
DEPUTY CLERK

Date: August 10, 2005